UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON BLACHER,<br><br>    Plaintiff,<br><br>    vs.<br><br>S. JOHNSON, et al.,<br><br>    Defendants. | 1:12-cv-1159-EPG-PC<br><br>ORDER FOR DEFENDANT JOHNSON TO FILE ANSWER OR OTHER RESPONSIVE PLEADING WITHIN THIRTY DAYS<br><br>(ECF No. 1.) |

Marlon Blacher ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On February 26, 2014, the Court dismissed this case for failure to exhaust administrative remedies and entered judgment.  (ECF Nos. 29, 30.)  On March 24, 2014, Plaintiff appealed the judgment to the Ninth Circuit Court of Appeals.  (ECF No. 33.)  On June 2, 2016, the Ninth Circuit vacated the judgment and remanded the case to this Court for further proceedings.  (ECF No. 39.)  On June 27, 2016, the Ninth Circuit issued its mandate.  (ECF No. 45.)

This case now proceeds on the original Complaint against defendant Chief Deputy Warden S. Johnson ("Defendant"), on Plaintiff's claim concerning unreasonable unclothed body searches.  (ECF No. 1.)[1]  The parties have consented to Magistrate Judge jurisdiction

---

[1] On September 7, 2012, the Court dismissed Plaintiff's Complaint for failure to state a claim, without leave to amend, and judgment was entered.  (ECF No. 6.)  On October 1, 2012, Plaintiff appealed the judgment to the Ninth Circuit Court of Appeals.  (ECF No. 9.)  On May 16, 2013, the Ninth Circuit affirmed the district court's dismissal of Plaintiff's claim against defendant Davis, but reversed the dismissal of Plaintiff's claim against defendant Johnson, remanding the case to the district court for further proceedings.  (ECF No. 19.)

1

pursuant to 28 U.S.C. § 636(c), and therefore the undersigned shall conduct all further proceedings in this case, including dispositive rulings, trial, and final judgment. (ECF Nos. 5, 26.) At this juncture, defendant Johnson shall be required to file an answer or other pleading responsive to the Complaint.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, defendant Chief Deputy Warden S. Johnson shall file an answer or other pleading responsive to the Complaint.

IT IS SO ORDERED.

Dated:   **July 1, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE