UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON BLACHER,<br><br>             Plaintiff,<br><br>     v.<br><br>S. JOHNSON,<br><br>             Defendant. | 1:12-cv-01159-EPG (PC)<br><br>ORDER ON PLAINTIFF'S PETITION FOR REISSUANCE OF ALL DETAILS CONCERNING INITIAL DISCLOSURES/RELIEF FROM ANY UNINTENDED DEFAULT<br>(ECF NO. 66) |

Marlon Blacher ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 17, 2016, Plaintiff filed a petition for reissuance of all details concerning initial disclosures/relief from any unintended default.  (ECF No. 66).

According to Plaintiff, on September 10, 2016, he was put in administrative segregation.  When being placed in administrative segregation, several correctional officers packed Plaintiff's possessions into boxes, disrupting the order with in which Plaintiff's legal documents were arranged.  On or about October 3, 2016, Plaintiff was transferred to California State Prison-Solano.  Shortly after arriving, Plaintiff was forced, by means of duress and undue influence, to discard many of the legal documents in his possession, including the Order Requiring Initial Disclosures and Setting Mandatory Scheduling Conference.

The Court does not make any findings regarding Plaintiff's allegations.  However, because Plaintiff needs a copy of the Order Requiring Initial Disclosures and Setting Mandatory Scheduling Conference (ECF No. 51), and because he apparently no longer has the

document in his possession, the Court will order that a copy be provided. However, the Court will not issue a blanket order forgiving Plaintiff for all potential defaults. If after reviewing the Order Requiring Initial Disclosures and Setting Mandatory Scheduling Conference Plaintiff determines that he needs relief from a deadline that he missed, he can file a motion requesting that relief. However, as the Court noted on the record at the scheduling conference on October 31, 2016, the Court will excuse Plaintiff's failure to file a scheduling conference statement.

ACCORDINGLY, it is ordered:

1. Plaintiff's request for a copy of the Order Requiring Initial Disclosures and Setting Mandatory Scheduling Conference is GRANTED;
2. Plaintiff's request to be excused from all potential defaults is GRANTED with respect to Plaintiff's failure to file a scheduling conference statement and DENIED as to any other missed deadlines; and
3. The Clerk of Court is directed to send Plaintiff a copy of the Order Requiring Initial Disclosures and Setting Mandatory Scheduling Conference (ECF No. 51).

IT IS SO ORDERED.

Dated:   **October 31, 2016**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE