**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARLON BLACHER,<br><br>        Plaintiff,<br><br>   v.<br><br>S. JOHNSON,<br><br>        Defendant. | Case No. 1:12-cv-01159-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S FORMAL REQUEST FOR FULL DISCLOSURE CONCERNING EXPERTS WITHOUT PREJUDICE<br>(ECF NO. 87) |

Marlon Blacher ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 13, 2017, Plaintiff filed a formal request for full disclosure concerning experts ("the Request"). (ECF No. 87). Plaintiff requests that defendant Johnson "render full disclosure (including: identity and nature of intended testimony) concerning the expert(s) which the Defendant Johnson intends to present to the jury during the trial proceedings here." (Id.).

To the extent that Plaintiff is asking the Court to require defendant Johnson to make his expert disclosures, the Request will be denied as premature. The expert disclosure deadline was March 1, 2017. (ECF No. 71). Plaintiff signed the Request, as well as the certificate of service for the Request, on February 23, 2017. (ECF No. 87). Because Plaintiff did not wait until after the expert disclosure deadline passed to make his request, the Request will be denied without prejudice.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's formal

request for full disclosure concerning experts is DENIED without prejudice.

The deadline for disclosure of expert reports remains as previously scheduled.

IT IS SO ORDERED.

Dated:   **March 14, 2017**                                  /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE