# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON BLACHER,<br><br>        Plaintiff,<br><br>v.<br><br>S. JOHNSON,<br><br>        Defendant. | Case No.: 1:12-cv-01159-EPG (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MARLON BLACHER, CDCR # G-50077 |

    Plaintiff Edwin Garcia is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    A settlement conference in this matter commenced on April 18, 2017, inmate Marlon Blacher CDCR Inmate No. G-50077, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **April 18, 2017**

UNITED STATES MAGISTRATE JUDGE

1