# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON BLACHER,<br><br>        Plaintiff,<br><br>    v.<br><br>S. JOHNSON,<br><br>        Defendant. | Case No. 1:12-cv-01159-EPG (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RELIEF FROM ORDER<br><br>(ECF No. 97) |

Plaintiff Marlon Blacher is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 22, 2017, Plaintiff filed a motion to amend the order to transport Plaintiff so he could personally appear at an April 18, 2017 settlement conference before the undersigned. On March 24, 2017, an order issued denying Plaintiff's request to amend the order. The settlement conference was subsequently held on April 18, 2017, and Plaintiff was in attendance. On April 28, 2017, Plaintiff filed a motion for relief from the March 24, 2017 order. The Court does note that Plaintiff confuses common law pleading language with the common law in his current motion.

/ / /

/ / /

/ / /

/ / /

1

As the settlement conference has already occurred and Plaintiff was transported in accordance with the writ of habeas corpus ad testificandum, Plaintiff's motion for relief from the order is HEREBY DENIED as MOOT.

IT IS SO ORDERED.

Dated: **May 1, 2017**

UNITED STATES MAGISTRATE JUDGE