# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON BLACHER,<br><br>    Plaintiff,<br><br>v.<br><br>S. JOHNSON,<br><br>    Defendant. | Case No. 1:12-cv-01159-EPG (PC)<br><br>ORDER AMENDING ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTICANDUM AS TO INMATE MARLON BLACHER<br><br>(ECF No. 99) |

On April 18, 2017, this Court conducted a settlement conference in this matter. At the conclusion of the settlement conference, an order issued discharging the writ of habeas corpus ad testificandum as to Plaintiff. On May 18, 2017, Plaintiff filed objections to the order.

Plaintiff objects to the order because the first line inadvertently included the name of a different inmate. Accordingly, IT IS HEREBY ORDERED that:

1. The Order Discharging Writ of Habeas Corpus Ad Testicandum as to Inmate Marlon Blacher, CDCR # G-50077 (ECF No. 96) is amended at 1:17 as follows: Plaintiff Marlon Blacher is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

2. All other objections are overruled.

IT IS SO ORDERED.

Dated: __May 19, 2017__

UNITED STATES MAGISTRATE JUDGE

1