UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON BLACHER, | Case No. 1:12-cv-01159-EPG (PC) |
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| S. JOHNSON, | |
| Defendant. | |

Marlon Blacher ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court finds the appointment of counsel warranted for Plaintiff in the above entitled matter. M. Greg Mullanax has been selected from the Court's pro bono attorney panel to represent Plaintiff and has agreed to be appointed.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. M. Greg Mullanax is appointed as counsel for Plaintiff in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

\\\

---

[1] The Court notes that a scheduling conference is set for January 11, 2018, at 11:00 a.m., in Courtroom 10, before Magistrate Judge Erica P. Grosjean. The parties have leave to appear by phone. To appear telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453. If M. Greg Mullanax is unable to attend the scheduling conference he should promptly file a motion to continue the scheduling conference.

1

3. The Clerk of the Court is directed to serve a copy of this order upon M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, CA 93703.

IT IS SO ORDERED.

Dated: **December 5, 2017**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE