# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MARLON BLACHER,

    Plaintiff,

  v.

S. JOHNSON,

    Defendant.

No. 1:12-cv-01159-EPG  P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

MARLON BLANCHER, CDCR # G50077, a necessary and material witness in settlement proceedings in this case on April 3, 2018, is confined in California State Prison, Solano (SOL), in the custody of the Warden/Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for a **telephonic conference call** before Magistrate Judge Carolyn K. Delaney on Tuesday, April 3, 2018, at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a **telephonic conference call** at the time above, until completion of the conference call or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SOL, P.O. Box 4000, Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify via **telephonic conference call** before Judge Delaney at the time and place above, until completion of the conference call or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 22, 2018

                                                    */s/ Carolyn K. Delaney*
                                                  CAROLYN K. DELANEY
                                                  UNITED STATES MAGISTRATE JUDGE