UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. JOHNSON,<br><br>　　　　　Defendant. | Case No. 1:12-cv-01159-EPG (PC)<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S APPLICATION FOR A WRIT OF ATTACHMENT OR SEQUESTRATION WITHIN TWENTY-ONE DAYS<br><br>(ECF NO. 189) |

Marlon Blacher ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

The case settled on March 13, 2018 (ECF No. 150), and the parties filed a stipulation for dismissal of this action with prejudice (ECF No. 151).  The case was closed on March 16, 2018.  (ECF No. 153).

On April 12, 2021, Plaintiff filed an "Application for A Writ of Attachment or Sequestration."  (ECF No. 189).  To aid the Court's consideration, the Court will require a response from Defendant.

\\\

\\\

\\\

\\\

1

1    Accordingly, IT IS ORDERED that Defendant has twenty-one days from the date of

2  service of this order to file a response to Plaintiff's application.[1]

3

4  IT IS SO ORDERED.

5    Dated:   **April 15, 2021**            /s/ *Erica P. Grosjean*

6                                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

---

28
[1] The Court is not requiring a response from Milton Greg Mullanax.  Counsel Mullanax was appointed by the Court as pro bono counsel to represent Plaintiff in this case.  But this case has settled and was closed.  At this time, Mr. Mullanax does not represent Plaintiff and does not have an ongoing obligation to represent Plaintiff.